# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*United States of America v. Jafari Zakariah Lewis-Daniel*
Case No. 3:16-cr-00016-TMB-2

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

This matter comes before the Court on Defendant Jafari Zakariah Lewis-Daniel's Motion for Early Termination of Supervised Release (the "Motion").[1] Neither United States Probation and Pretrial Services ("USPO") nor Plaintiff United States of America (the "Government") opposes the Motion.[2] The matter is ripe for resolution.

Lewis-Daniel moves for early termination of supervision based on his compliance with the conditions of his supervised release as well as his rehabilitative efforts.[3] Lewis-Daniel notes that he has "maintained gainful employment since his release" and currently runs a small business with his wife.[4] Lewis-Daniel states that he and his wife are working to expand their business to Arizona and are hoping to leave Alaska for a "fresh start," but his limited ability to travel out-of-state while on supervised release is "holding [them] back."[5] Lewis-Daniel observes that he has engaged in therapy, has "faithfully paid the monthly restitution payments that he owes," and has generally shown "that he can be a functional member of society."[6] For these reasons, Lewis-Daniel argues that early termination is warranted.[7]

USPO does not oppose the Motion, observing that Lewis-Daniel "has successfully reintegrated into the community and has been a contributing member of society."[8] The Government similarly does not oppose the Motion, though it requested a financial statement from Lewis-Daniel before terminating supervision so that it may "effectively monitor" Lewis-Daniel's restitution obligation.[9] On June 29, 2023, the Court ordered Lewis-Daniel to provide a financial statement to the United States Attorney's Office;[10] on July 11, 2023, the Government filed a written status report confirming receipt of Lewis-Daniel's financial statement.[11]

---

[1] Dkt. 221 (Motion).
[2] Dkt. 224 (Response); Dkt. 225 (USPO Memorandum).
[3] Dkt. 221 at 2–4.
[4] *Id.* at 3.
[5] *Id.*
[6] *Id.*
[7] *Id.* at 4.
[8] Dkt. 225 at 1.
[9] Dkt. 224 at 1–2.
[10] Dkt. 226 (Text Order).
[11] Dkt. 227 (Status Report).

1

18 U.S.C. § 3583(e)(1) allows a court—after consideration of the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised released . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Having reviewed the briefing in this matter, and considering the factors set forth in 18 U.S.C. § 3553(a), the Court agrees with the parties and concludes that early termination of Lewis-Daniel's supervised release is warranted at this time.

Accordingly, the Court **GRANTS** the Motion at Docket 221. FURTHER, it is hereby **ORDERED** that Lewis-Daniel's term of supervised release is terminated effective the date of this Order.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: July 12, 2023.